# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN AND CAROL KANE, AND MARGARET FOULKE | § § § § § | No. 595, 2016 |
| Plaintiff Below, Appellant, | § § § § | Court Below – Court of Chancery of the State of Delaware |
| v. | § § | |
| CHARLES L. WILLLIAMS, | § § | C.A. No. 9667 |
| Defendant Below, Appellee. | § § | |

Submitted: June 14, 2017
Decided: June 30, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## ORDER

This 30th day of June 2017, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its memorandum opinion dated November 4, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

Justice